STATE v. CHINN

No. 62P82.

Case below: 47 N.C. App. 207.

Application by defendant for further review denied 30 March 1982.

STATE v. CURRIE

No. 69P82.

Case below: 55 N.C. App. --- (813SC690).

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 March 1982.

STATE v. FRONEBERGER

No. 32 PC.

Case below: 55 N.C. App. 148.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied and appeal dismissed 30 March 1982.

STATE v. HAMRICK

No. 166 PC.

Case below: 55 N.C. App. 132.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982.

STATE v. HODGEN

No. 127 PC.

Case below: 47 N.C. App. 329.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals dismissed for lack of timely filing 30 March 1982.